UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEROME L. GRIMES,

    Plaintiff,

v.                                                   Case No: 6:16-cv-1480-Orl-18TBS

EDWARD KELLY,

    Defendant.

## ORDER

This case was referred to United States Magistrate Thomas B. Smith for a report and recommendation on Plaintiff Jerome L. Grimes' Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2). The Court having reviewed the Report and Recommendation (Doc. 6) entered on September 19, 2016, and there being no objections filed to the Report and Recommendation, hereby

**ORDERS** and **ADJUGES** that the Report and Recommendation (Doc. 6) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review. Plaintiff Jerome L. Grimes' Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is **DENIED** and his case is **DISMISSED** without further leave to amend. The Clerk of Court is directed to **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida, this ___5___ day of October, 2016.

G. KENDALL SHARP

G. KENDALL SHARP
U. S. DISTRICT JUDGE